UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PROTECT THE PUBLIC'S TRUST<br>712 H Street, N.E.<br>Suite 1682<br>Washington, D.C. 20002,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 1:25-cv-1642 |

## COMPLAINT

1. Plaintiff Protect the Public's Trust ("PPT") brings this action against the U.S. Department of Justice ("DOJ") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel DOJ's compliance with FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff PPT is a nonprofit corporation dedicated to restoring public trust in government by promoting the fair and equal application of the rules and standards of ethical conduct to all public servants. PPT seeks to promote transparency and broadly disseminate

1

information so that the American people can evaluate the integrity and ethical conduct of those who act in their name.

5. Defendant DOJ is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). DOJ has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6. On July 25, 2024, PPT submitted a FOIA request to DOJ requesting records of communications to, from a specific list of officials regarding President Biden (herein referred to as "the Request" and attached as Exhibit "1").

7. The Request specifically identified search terms to be used within 25 words of 'President Biden', 'President Biden's', 'POTUS', 'Biden' or 'Biden's' or within any communication with 'President', 'Biden' or 'POTUS' in the subject line including:

   a. Mental fitness
   b. Physical fitness
   c. Acuity
   d. Physical state
   e. Mental state
   f. Old
   g. Age
   h. Capacity
   i. Sharp
   j. Aware
   k. Awareness
   l. Decline
   m. Spry
   n. Gait
   o. Memory

8. The Request seeks documents in the public interest because it will help the public's understanding of President Biden's mental fitness.

9. On August 2, 2024, DOJ acknowledged receipt of the Request and assigned it Tracking Number EMRUFOIA073124-1 (attached as Exhibit 2).

10. On August 15, 2024, DOJ notified PPT that the Request was received but needed to extend the time limit to respond to the Request beyond the ten additional days provided by the statute. (attached as Exhibit 3).

11. As of the date of filing, PPT has not received any further communication regarding the records from the Request.

12. DOJ has still not made any determinations with regard to PPT's FOIA Request despite over 299 days having elapsed. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). DOJ has not produced responsive documents to PPT, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed PPT of its ability to appeal any adverse portion of its determinations.

13. DOJ has thus violated its FOIA obligations.

14. Because DOJ has failed to make a determination within the time period required by law, PPT has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

24. PPT repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

25. PPT's DOJ request discussed above was a properly submitted request for records within the possession, custody, and control of DOJ.

26. DOJ is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

27. DOJ is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its request.

28. DOJ's failure to provide all non-exempt responsive records violates FOIA.

29. Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring DOJ to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Plaintiff PPT respectfully requests this Court:

A) Assume jurisdiction in this matter and maintain jurisdiction until DOJ complies with the requirements of FOIA and any and all orders of this Court.

B) Order DOJ to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to PPT's request and an index justifying withholding all or part of any responsive records that are withheld under claim of exemption.

C) Award PPT the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

D) Grant PPT other such relief as the Court deems just and proper.

Dated: May 21, 2025						Respectfully submitted,

							PROTECT THE PUBLIC'S TRUST

							By Counsel:
							/s/ Karin M. Sweigart

							Karin Moore Sweigart
							D.D.C. Bar ID: CA00145
							DHILLON LAW GROUP, INC.
							177 Post Street, Suite 700
							San Francisco, CA 94108
							Telephone: 415-433-1700
							KSweigart@Dhillonlaw.com

							Jacob William Roth
							D.D.C. Bar ID: 1673038
							DHILLON LAW GROUP, INC.
							1601 Forum Plaza, Suite 403
							West Palm Beach, Florida 33401
							Telephone: 561-227-4959
							JRoth@Dhillonlaw.com

							*Counsel for the Plaintiff*